No. 04-02-00572-CV



IN RE Sonia A. CASTILLO



Original Habeas Corpus Proceeding


Arising from the 406th Judicial District Court, Webb County, Texas


Trial Court No. 2001CVG000495D4


Honorable Andres Reyes, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Sarah B. Duncan, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: August 21, 2002


PETITION FOR WRIT OF HABEAS CORPUS DENIED

 The court has considered relator's petition for writ of habeas corpus and motion for
emergency stay. The court is of the opinion that relief should be denied. Accordingly, relator's
petition for writ of habeas corpus and motion for emergency stay are denied. Relator shall pay all
costs incurred in this proceeding.

 PER CURIAM

DO NOT PUBLISH